JUDGE PAULEY

14 CV 5280

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
THE GREAT ATLANTIC & PACIFIC TEA        :   Civil Action No.
COMPANY, INC.
                                        :
              Plaintiff,                :   RULE 7.1 STATEMENT

   -against-                            :

LIVE BETTER BRANDS, LLC.; JOHN DOES 1-10 :
and XYZ CORPORATIONS 1-10,
                                        :
              Defendants.
------------------------------------------------------------------ x

RECEIVED JUL 15 2014 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, The Great Atlantic & Pacific Tea Company, Inc. certifies that Plaintiff is not publicly held and Plaintiff does not have a parent corporation that is publicly held.

Dated: New York, New York
       July __, 2014

Respectfully submitted,

COWAN LIEBOWITZ & LATMAN, P.C.

By: _____
    Ariana S. Cohen
    Thomas Kjellberg
    1133 Avenue of the Americas
    New York, New York 10036-6799
    (212) 790-9200
    Attorneys for Plaintiff

25897/225/1504320.1